BARTHOLOMAY BREWERY CO., Respondent, v. DAVENPORT et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 16, 1913.) Action by the Bartholomay Brewery Company against Herman B. Davenport and another. No opinion. Motion denied, without costs.

---

BARUCH, Respondent, v. YOUNG, Appellant. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Emanuel Baruch against George W. Young. A. C. Coxe, Jr., of New York City, for appellant. J. A. Leve, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 149 App. Div. 466, 134 N. Y. Supp. 53.

---

BAYSIDE NAT. BANK, Respondent, v. WALSH et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by the Bayside National Bank against Charles H. Walsh and another. No opinion. Judgment affirmed by default, with costs.

---

BENEDICT et al., Respondents, v. SECURITY INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Seelye Benedict and others against the Security Insurance Company. I. Henderson, of New York City, for appellant. G. A. Strong, of New York City, for respondents. No opinion. Judgment affirmed, with costs, on the authority of Benedict v. Security Ins. Co., 147 App. Div. 810, 133 N. Y. Supp. 165. Order filed.

---

BENIGSOHN v. NEWCOMB. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by Sarah H. Benigsohn against William H. Newcomb. No opinion. Motion granted, with $10 costs. Order filed.

---

BENJAMIN, Respondent, v. ERIE IRON & STEEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) Action by Gustave Benjamin against the Erie Iron & Steel Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the admission of evidence of the characterization of the quality of the pig iron to and by the secretary of the defendant corporation prior to the purchase was error, and that the verdict of the jury is contrary to and against the weight of the evidence.

---

In re BENSEL et al. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) In the matter of the application and petition of John A. Bensel and others, etc., to acquire real estate, etc., in the towns of Mt. Pleasant and Greenburg, etc. Southern Aqueduct Department, Sections 15 and 17, Parcels 1072, etc.

PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 137 N. Y. Supp. 1111.

BURR and CARR, JJ., concur, except as to the 16 lots for which an award was made to unknown owners.

---

BERGER, Respondent, v. HOPPER, Appellant. (Supreme Court, Appellate Division, First Department. January 3, 1913.) Action by John Berger against Isaac A. Hopper. W. P. Maloney, of New York City, for appellant. J. P. Donellan, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

BIGGS, Respondent, v. SEA GATE ASS'N, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Helen W. Biggs against the Sea Gate Association.

PER CURIAM. Motion for stay granted, on condition (1) that plaintiff perfect her appeal, and place the cause upon the next Court of Appeals calendar; (2) that plaintiff stipulate that pending such an appeal she will make no alteration upon the buildings on said premises, so as to increase the demands made on the sewer and water systems of defendant; and (3) that she forthwith pay the amount of her indebtedness to defendant for dues, and water furnished to her by it. If the parties cannot agree upon the amount thereof, a reference may be had to determine the same. In default of compliance with these conditions, or any of them, the motion is denied, with $10 costs. See, also, 138 N. Y. Supp. 53, 1107.

---

BIRD v. PRESS PUB. CO. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Hobart S. Bird against the Press Publishing Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 139 N. Y. Supp. 88.

---

In re BIRDSEYE. (Supreme Court, Appellate Division, First Department. February 7, 1913.) In the matter of Clarence F. Birdseye, an attorney. No opinion. Reference ordered to official referee. Settle order on notice. See, also, 152 App. Div. 885, 136 N. Y. Supp. 1131.

---

BISHOP, Respondent, v. WHITCOMB, Appellant (two cases). (Supreme Court, Appellate Division, First Department. January 3, 1913.) Actions by Bennett Bishop against James A. Whitcomb. J. M. Gazzam, of New York City, for appellant. R. H. Koehler, of Buffalo, for respondent. No opinion. Judgments and orders affirmed, with costs. Orders filed. See, also, 139 N. Y. Supp. 1117.